UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN HAWKINS,<br><br>    Petitioner,<br><br>    v.<br><br>PAM AHLIN, DIRECTOR OF COALINGA STATE HOSPITAL,<br><br>    Respondent. | CASE NO. ED CV 12-626-R (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 10, 2013

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\HAWKINS, M 626\Judgment.wpd